United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JESSICA TREVINO VILLAGES, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00832 |
| MARKWAYNE MULLIN, *et al.* "Respondents," | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus and Mandamus" (Dkt. No. 1) ("Petition"), and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 7) ("Report and Recommendation"), and "Petitioner's Objection to the Report and Recommendation" (Dkt. No. 8) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 7) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this November 12, 2026

Rolando Olvera
United States District Judge